# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2025

Lyle W. Cayce
Clerk

———————

No. 24-30678
Summary Calendar

———————

Balazkie R. Thomas,

*Plaintiff—Appellant*,

*versus*

Hillary Richard; Alicia Phillips-Kelly; Renata Richard,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:23-CV-1072

———————————————————————

Before Dennis, Ho, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-Appellant Balazkie Thomas brings claims under 42 U.S.C. § 1983, alleging that his Fifth, Eighth, and Fourteenth Amendment rights were violated by Defendants-Appellees Hillary Richard, Alicia Phillips-Kelly, and Renata Richard. The district court dismissed Thomas's claims under Federal

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30678

Rule of Civil Procedure 12(b)(6), finding that his § 1983 claims failed because Defendants are not state actors.

Section 1983 authorizes a claim for relief only against persons who acted under color of state law. *See* 42 U.S.C. § 1983. "For a private citizen . . . to be held liable under section 1983, the plaintiff must allege that the citizen conspired with or acted in concert with state actors." *Priester v. Lowndes Cnty.*, 354 F.3d 414, 420 (5th Cir. 2004). Plaintiff does not allege that any Defendant is a state actor, or that they acted in concert with state actors, foreclosing his § 1983 claims. As such, we AFFIRM the judgment of the district court.